No. 04–5703. PARIS *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 10th Cir. Certiorari denied.

No. 04–5930. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5993. WAGGONER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6039. MCNABB *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 04–6042. KEY *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 04–6052. CEBALLOS-MARTINEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6336. RUNNING *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 04–6337. BREWINGTON *v.* LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6338. MCELHANEY *v.* BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6345. JACKSON *v.* CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6347. ROBINSON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–6352. ROCHESTER *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6353. STRAUGHTER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–6355. SIMMONS *v.* CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6357. MILLER *v.* SMITH, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.